1  RICHARD MAC BRIDE, SB# 199695
2  LAW OFFICES OF RICHARD A. MAC BRIDE
3  865 Marina Bay Parkway, Suite 43
4  RICHMOND, CA 94804
   Phone 415-730-6289
5  Fax 510-439-2786
   Attorney for Plaintiff Richard Sepulveda

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Sepulveda, | Case Number 19-6781 EMC |
| Plaintiff, | |
| Vs. | STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER |
| Alameda Pizza, Inc., et al., | |
| Defendants. | |

Plaintiff Richard Sepulveda, and defendants Alameda Pizza, Inc., Mauricio Ronderos, and Katalina Ramirez (together, "Defendant") by and through his/her/its respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for Defendants Alameda Pizza, Inc., Mauricio Ronderos and Katalina Ramirez is Michael J. Karlin of The Karlin Law Firm LLP), hereby stipulate as follows:

1. Plaintiff entered into a written Settlement Agreement and General Release in this matter whereby he deemed resolved all claims and agreed to the dismissal of the above-captioned action with prejudice with regard to all defendants, all parties to bear their own respective attorney fees and costs.

2. This written settlement agreement was entered into by plaintiff, and all named defendants.

3. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice with respect to all parties.

STIPULATION AND ORDER OF DISMISSAL – 19-6781 EMC

-1-

1  Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride
2  Attorney for Plaintiff Richard Sepulveda                                                        3/1/2020
3  The Karlin Law Firm LLP – By: Michael J. Karlin /s/ Michael J. Karlin
4  Attorney for defendants Alameda Pizza, Inc., Mauricio Ronderos and Katalina Ramirez
5                                                                                                                3/1/2020

## FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on March 1, 2020, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Michael J. Karlin, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

STIPULATION AND ORDER OF DISMISSAL – 19-6781 EMC

[PROPOSED] ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Sepulveda v. Alameda Pizza, Inc., et al., Case No. C-19-6781 EMC, is dismissed with prejudice with respect to all parties, with each party to bear his/her/its or its own attorney's fees and costs.

Date: __March 2, 2020_____                              _____
                                                         Edward M. Chen
                                                         United States District Judge